UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYA SARAY LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>ZAHRAH CORPORATION, AAA WHOLESALE DISTRIBUTORS CORP., DOWNTOWN HOOKAH CONNECTION, INC., BOBBY FARARS (DBA US GLOBAL IMPORTS), and JOHN DOE DEFENDANT Nos. 1-10,<br><br>  Defendants. | Case No. SACV13-01828-R<br>The Honorable Manuel L. Real<br><br>**STIPULATED PERMANENT INJUNCTION** |

This matter is before the Court on the stipulated motion of Plaintiff, Mya Saray LLC ("Mya Saray") and Defendant Zahrah Corporation ("Zahrah") for entry of Stipulated Permanent Injunction, having agreed to a compromise and settlement of this action.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED WITH CONSENT OF THE PARTIES** that:

1.   Zahrah, is or has been, among other things, importing, selling, and/or offering for sale hookahs and hookah accessories, including it "Simple," "Fing," and "Modern" hookahs (collectively, "Accused Hookahs").

2. Mya Saray owns and has standing to sue fo infringement of federal trademar Registration No. 3,845,276 ("QT Base Trademark") and United States Patent Nos. 7,806,123 ("the '123 patent") and 8,001,978 ("the '978 patent").

3. Mya Saray's QT Base Trademark, the '123 patent, and the '978 patent are valid and enforceable against Zahrah.

4. Zahrah's Accused Hookahs are covered by the QT Base Trademark and at least on claim of the '123 patent and the '978 patent.

5. This Court permanently enjoins Zahrah as well as those persons or complanies in active concert or participation with Zahrah who receive actual notice of the order by personal service or otherwise from making, using, selling , offering for sale or importing into the United States Accused Hookahs that infringe the QT Base Trademark or any claims of the '123 patent or '978 patent, or that are not colorably different from the Accused Hookahs.

6. This Court retains jurisdiction over Mya Saray and Zahrah to the extent necessary to enforce the terms of this Stipulated Permanent Injunction.

7. This Stipulated Permanent Injunction shall be binding upon and shall inure to the benefit of Mya Saray and Zahrah, as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

Dated:   June 24, 2014

　　　　　　　　　　　　　　　　　　　Hon. Manuel L. Real
　　　　　　　　　　　　　　　　　　　United States District Court Judge

2
[PROPOSED] STIPULATED PERMANENT INJUNCTION

205426 V1