UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYA SARAY LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZAHRAH CORPORATION,  AAA WHOLESALE DISTRIBUTORS CORP.,  DOWNTOWN HOOKAH CONNECTION, INC.,  BOBBY FARARS (DBA US GLOBAL IMPORTS), and  JOHN DOE DEFENDANT Nos. 1-10,<br><br>　　　　Defendants. | Case No. SACV13-01828<br>The Honorable Manuel L. Real<br><br>**FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE** |

　　　This matter is before the Court on the stipulated motion of Plaintiff, Mya Saray LLC ("Mya Saray") and Defendant Zahrah Corporation ("Zahrah") for entry of Final Judgment and Dismissal with Prejudice, having agreed to a compromise and settlement of this action

　　　**IT IS HEREBY FOUND, ORDERED, ADJUDGED WITH CONSENT OF THE PARTIES** that:

　　　1.　　Judgment is entered against Zahrah on Counts I, II, III, IV and V in Mya Saray's Complaint.

2. All claims betwee Mya Saray and Zahrah are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:     June 24, 2014

_____
Hon. Mauel L. Real
United States District Court Judge