UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYA SARAY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ZAHRAH CORPORATION, AAA WHOLESALE DISTRIBUTORS CORP., DOWNTOWN HOOKAH CONNECTION, INC., BOBBY FARARS (DBA US GLOBAL IMPORTS), and JOHN DOE DEFENDANT Nos. 1-10,<br><br>Defendants. | Case No. SACV13-01828<br>The Honorable Manuel L. Real<br><br>**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST BOBBY FERARS D/B/A US GLOBAL IMPORTS** |

This matter is before the Court on Mya Saray LLC's ("Mya Saray") Motion for Default Judgment Against Bobby Farars d/b/a US Global Imports ("US Global Imports") pursuant to Fed. R. Civ. P. 55(b). The Court, finding that sufficient basis exists for the relief requested in Mya Saray's motion, **IT IS HEREBY FOUND, ORDERED, ADJUDGED** that:

1. US Global Imports, is or has been, among other things, importing, selling, and/or offering for sale hookahs and hookah accessories, including the "Simple," "Fine," and "Modern" hookahs (collectively, "Accused Hookahs").

2. Mya Saray owns and has standing to sue for infringement of federal trademark Registration No. 3,845,276 ("QT Base Trademark") and United States Patent Nos. 7,806,123 ("the '123 patent") and 8,001,978 ("the '978 patent").

3. Mya Saray's QT Base Trademark, the '123 patent, and the '978 patent are valid and enforceable against US Global Imports.

4. US Global Imports' Accused Hookahs are covered by the QT Base Trademark and at least one claim of the '123 patent and the '978 patent.

5. Judgment is entered against US Global Imports on Counts I, II, III, IV, and V of Mya Saray's Complaint.

6. This Court permanently enjoins US Global Imports as well as those persons or companies in active concert or participation with US Global Imports who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale or importing into the United States Accused Hookahs that infringe the QT Base Trademark or any claims of the '123 patent or '978 patent, or that are not colorably different from the Accused Hookahs.

Dated: ________________

________________________________
Hon. Manuel L. Real
United States District Judge