SHOOK, HARDY & BACON L.L.P.
Tony M. Diab (SBN: 277343)
tdiab@shb.com
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Plaintiff Mya Saray

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYA SARAY LLC, | Case No. SACV13-01828 |
| Plaintiff, | The Honorable Manuel L. Real |
| vs. | **SUPPLEMENT TO MYA SARAY'S MOTION FOR JUDGMENT BY DEFAULT AGAINST BOBBY FARARS (DBA US GLOBAL IMPORTS) PURSUANT TO FED. R. CIV. P. 55(B)(2)** |
| ZAHRAH CORPORATION, AAA WHOLESALE DISTRIBUTORS CORP., DOWNTOWN HOOKAH CONNECTION, INC., BOBBY FARARS (DBA US GLOBAL IMPORTS), and JOHN DOE DEFENDANT Nos. 1-10, | Complaint Filed:   November 21, 2013 |
| | Hearing Date:    November 3, 2014 |
| | Time:              10:00 a.m. |
| Defendants. | Courtroom:      8 |

## SUPPLEMENT TO MOTION FOR JUDGMENT BY DEFAULT

Subsequent to the filing of plaintiff Mya Saray LLC's ("Mya Saray") motion for judgment by default under Federal Rule of Civil Procedure 55(b) against Defendant Bobby Farars d/b/a USA Global Imports ("USA Global Imports"), Mya Saray and USA Global Imports have negotiated a resolution to their dispute. Accordingly, Mya Saray hereby amends its previously-filed motion for default judgment (Docket Entry No. 41) to request the Court enter the stipulated permanent

SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT

225638 v2

injunction and final judgment attached hereto.  Because USA Global Imports has not appeared in this matter and has no counsel, it is unable to join Mya Saray in a stipulation pursuant to Local Rule 7-1.  As a result, Mya Saray wishes to amend its motion, set for hearing on November 3, 2014, such that the relief it now seeks is entry of the attached stipulated permanent injunction and final judgment.  Mya Saray, through counsel, represents to the Court that USA Global Imports has freely entered into the attached stipulated permanent injunction as part of a settlement of Mya Saray's claims against it.  (*See* Declaration of Jason Shull at ¶ 2 (submitted concurrently herewith).)

Dated:  October 17, 2014                             SHOOK HARDY & BACON L.L.P.


                                                     By: _____*/s/ Tony M. Diab*_____
                                                              Tony M. Diab
                                                        Attorneys for Plaintiff Mya Saray
                                                        L.L.C.