UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYA SARAY LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZAHRAH CORPORATION, AAA WHOLESALE DISTRIBUTORS CORP., DOWNTOWN HOOKAH CONNECTION, INC., BOBBY FARARS (DBA US GLOBAL IMPORTS), and JOHN DOE DEFENDANT Nos. 1-10,<br><br>　　　　Defendants. | Case No. SACV13-01828<br>The Honorable Manuel L. Real<br><br>**STIPULATED PERMANENT INJUNCTION** |

　　This matter is before the Court on the stipulated motion of Plaintiff, Mya Saray LLC ("Mya Saray") and Defendant US GlobalBobby Ferars d/b/a US Global Imports ("US GlobalUS Global") for entry of Stipulated Permanent Injunction, having agreed to a compromise and settlement of this action.

　　**IT IS HEREBY FOUND, ORDERED, ADJUDGED WITH CONSENT OF THE PARTIES** that:

　　1. US Global, is or has been, among other things, importing, selling, and/or offering for sale hookahs and hookah accessories, including its "Simple," "Fine," and "Modern" hookahs (collectively, "Accused Hookahs").

　　2. Mya Saray owns and has standing to sue for infringement of federal trademark Registration No. 3,845,276 ("QT Base Trademark") and United States Patent Nos. 7,806,123 ("the '123 patent") and 8,001,978 ("the '978 patent").

　　3. Mya Saray's QT Base Trademark, the '123 patent, and the '978 patent are valid and enforceable against US Global.

4. US Global's Accused Hookahs are covered by the QT Base Trademark and at least one claim of the '123 patent and the '978 patent.

5. This Court permanently enjoins US Global as well as those persons or companies in active concert or participation with US Global who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale or importing into the United States Accused Hookahs or products that infringe the QT Base Trademark or any claims of the '123 patent or '978 patent, or that are not colorably different from the Accused Hookahs.

6. This Court retains jurisdiction over Mya Saray and US Global to the extent necessary to enforce the terms of this Stipulated Permanent Injunction.

7. This Stipulated Permanent Injunction shall be binding upon and shall inure to the benefit of Mya Saray and US Global, as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

Date: October 30, 2014

The Honorable Manuel L. Real
United States District Court

HAVING BEEN SEEN AND AGREED TO ON OCTOBER____, 2014, by:

/s/ Tony M. Diab

SHOOK, HARDY & BACON L.L.P.
Tony M. Diab (SBN: 277343)
tdiab@shb.com
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016

*Attorneys for Plaintiff,*
*Mya Saray LLC*

Nader Ferarji
340 South San Pedro, Unit H
Los Angeles, CA 90003
Bobby Ferars d/b/a US Global Imports