UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYA SARAY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ZAHRAH CORPORATION, AAA WHOLESALE DISTRIBUTORS CORP., DOWNTOWN HOOKAH CONNECTION, INC., BOBBY FARARS (DBA US GLOBAL IMPORTS), and JOHN DOE DEFENDANT Nos. 1-10, <br><br> Defendants. | Case No. SACV13-01828 <br> The Honorable Manuel L. Real <br><br> **FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the stipulated motion of Plaintiff, Mya Saray LLC ("Mya Saray") and Defendant Bobby Ferars d/b/a US Global Imports ("US Global") for entry of Final Judgment and Dismissal with Prejudice, having agreed to a compromise and settlement of this action.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED WITH CONSENT OF THE PARTIES** that:

1. Judgment is entered against US Global on Counts I, II, III, IV, and V in Mya Saray's Complaint.

2. All claims between Mya Saray and US Global are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Date: October 30, 2014

The Honorable Manuel L. Real
United States District Court

1
2  HAVING BEEN SEEN AND AGREED TO ON OCTOBER___, 2014, by:
3  /s/ Tony M. Diab
4  SHOOK, HARDY & BACON L.L.P.
   Nader Ferarji
   Tony M. Diab (SBN: 277343)
   340 South San Pedro, Unit H
5  tdiab@shb.com
   Los Angeles, CA 90003Bobby
   Jamboree Center, 5 Park Plaza,
   Ferars d/b/a US Global Imports
6  Suite 1600
   Irvine, California 92614-2546
7  Telephone: 949.475.1500
   Facsimile: 949.475.0016
8
9  *Attorneys for Plaintiff,*
   *Mya Saray LLC*
10
11
12
...
28